940

No. 98–5927. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5928. ACOBA v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–5932. BLACKBURN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5933. CLARK v. HENDERSON, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5935. CARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5937. CARTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5938. AUGUST v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5943. PARRA-RIOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5945. CONTRERA v. UNITED STATES;
No. 98–5950. MORA v. UNITED STATES; and
No. 98–5993. MORA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 152 F. 3d 921.

No. 98–5946. MOODY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5947. LEWAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5949. LOPEZ-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5955. BACON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5956. COTTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.